UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rosalind Chambers, *on behalf of herself and those similarly situated*,

        Plaintiffs,

v.

Continental Secret Service Bureau, Inc.,

        Defendant.

Case No. 3:22-cv-468

JUDGMENT ENTRY

For the reasons stated in the Memorandum Opinion and Order filed concurrently, I grant the parties' joint motion for final approval of a class action and collective action settlement. (Doc. No. 25).

        s/ Jeffrey J. Helmick
        United States District Judge